IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **UNCOMMON, LLC,**<br><br>      Plaintiff,<br><br>v.<br><br>**CASETAGRAM LIMITED d/b/a CASETIFY**,<br><br>      Defendant. | Civil Action No. 1:16-cv-04691<br><br>Honorable Sara L. Ellis<br><br>JURY TRIAL DEMANDED |

**STIPULATION REGARDING DEFENDANT
CASETAGRAM LIMITED D/B/A CASETIFY'S ANSWER DATE**

Plaintiff Uncommon, LLC ("Uncommon") hereby stipulates and agrees, subject to the Court's approval, that Defendant Casetagram Limited d/b/a Casetify ("Casetify") shall have until June 23, 2016, to move, answer, or otherwise respond to Uncommon's Complaint in this action. Counsel for Casetify requires additional time, namely, until June 23, 2016, in order to adequately investigate and prepare an answer or otherwise plead in response to Uncommon's Complaint.

DATED: May 24, 2016                                      Respectfully Submitted,

                                                                      /s/Nicholas S. Lee
                                                                        Edward L. Bishop
                                                                        ebishop@bdl-iplaw.com
                                                                        Nicholas S. Lee
                                                                        nlee@bdl-iplaw.com
                                                                        BISHOP DIEHL & LEE, LTD.
                                                                        1475 E. Woodfield Rd., Suite 800
                                                                        Schaumburg, IL 60173
                                                                        T: (847) 969-9123
                                                                        F: (847) 969-9124

                                                                        *Counsel for Plaintiff Uncommon, LLC*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this May 24, 2016. Any other counsel of record will be served by electronic mail and/or first class mail.

                                                     /s/Nicholas S. Lee
                                                     Nicholas S. Lee