IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNCOMMON, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CASETAGRAM LIMITED d/b/a CASETIFY,<br><br>    Defendant. | Case No. 1:16-cv-04691<br><br>Jury Trial Demanded |

**DEFENDANT CASETAGRAM LIMITED'S MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS PURSUANT TO FED. R. CIV. PROC. 12(b)(5)**

Defendant Casetagram Limited d/b/a Casetify ("Casetify") hereby moves to dismiss for insufficient service of process under Federal Rule of Civil Procedure 12(b)(5). For the reasons set forth in the accompanying memorandum in support, the Court should dismiss the Complaint for insufficient service of process.

WHEREFORE, U.S. Cellular requests that the Court enter an order dismissing the complaint for insufficient service of process.

Dated: June 23, 2016

Respectfully submitted,

CASETAGRAM LIMITED d/b/a CASETIFY

By:   /s/ Robert D. Leighton
      One of Its Attorneys

Stephen C. Steinberg  (*Pro hac vice* pending)
VASQUEZ BENISEK & LINDGREN LLP
3685 Mt. Diablo Blvd., Ste. 300
Lafayette, CA  94549
925-627-4250
ssteinberg@vbllaw.com

-2-

                Robert D. Leighton
                GOLDBERG KOHN, LTD.
                55 East Monroe, Suite 3300
                Chicago, Illinois 60603
                312-201-4000
                Robert.Leighton@goldbergkohn.com