IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNCOMMON, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>CASETAGRAM LIMITED d/b/a CASETIFY,<br><br>        Defendant. | Case No. 1:16-cv-04691 |

### DECLARATION OF WESLEY NG

I, Wesley Ng, declare as follows:

    1.    I am the co-founder and CEO of Defendant Casetagram Limited d/b/a Casetify ("Casetify").

    2.    Casetify is a Hong Kong limited company with its principal place of business in Hong Kong. Casetify does not have any offices in the U.S., nor does it have a U.S. subsidiary or parent company.

    3.    All of Casetify's officers, managers, and employees are in Hong Kong. Casetify does not have any employees in the U.S., though it has independent contractors who reside in California and provide business development and marketing services. Casetify is not registered to do business in California, and does not have a designated agent for service of process in California.

    4.    According to the Affidavit of Service filed by Plaintiff Uncommon, LLC, it served a summons and complaint on "JENNY YOON, BUSINESS CLERK AUTHORIZED TO ACCEPT SERVICE OF PROCESS" at the following address: 555 West 5th Street, Suite 630 LOS ANGELES, CA 90013.

    5.    The location where Jennie Yoon was served is not a Casetify office. Rather, it is the principal place of business of another company called Westside Lab, Inc. ("Westside Lab"), which I also own.

1

6. Westside Lab is a California corporation. The California secretary of state information page for Westside Lab is attached as Exhibit A. Westside Lab is not a subsidiary nor a parent company of Casetify. The two companies are independent and conduct business with each other in arms-length transactions. Westside Lab provides marketing services to Casetify, and also runs a recycling program for old phone cases, which is why Westside Lab's address in Los Angeles, California is listed on the Support - FAQ page of Casetify's website in response to "Where do I send my cases?"

7. Ms. Yoon provides services as an independent contractor to Casetify and Westside Lab in California. More specifically, she provides market research and strategy proposals. She is not an officer, member, managing or general agent, manager, or employee of Casetify. She is not authorized to receive service of process on behalf of Casetify, nor is she a designated agent for service of process for Casetify. She has no management responsibilities for Casetify, and no authority or control over Casetify's agreements with other companies. All decisions about such issues are made by Casetify personnel in Hong Kong.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 23, 2016 at Los Angeles, California.

By: _____
WESLEY NG

# Exhibit A



| Secretary of State Main Website | Business Programs | Notary & Authentications | Elections | Campaign & Lobbying |

**Business Entities (BE)**
Online Services
- **E-File Statements of Information for Corporations**
- **Business Search**
- **Processing Times**
- **Disclosure Search**

Main Page
Service Options
Name Availability
Forms, Samples & Fees
Statements of Information (annual/biennial reports)
Filing Tips
Information Requests (certificates, copies & status reports)
Service of Process
FAQs
Contact Information
Resources
- **Business Resources**
- **Tax Information**
- **Starting A Business**
Customer Alerts
- **Business Identity Theft**
- **Misleading Business Solicitations**

# Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Friday, June 17, 2016. Please refer to **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| | |
|---|---|
| Entity Name: | WESTSIDE LAB, INC. |
| Entity Number: | C3820984 |
| Date Filed: | 09/01/2015 |
| Status: | ACTIVE |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | 555 W 5TH ST STE 630 |
| Entity City, State, Zip: | LOS ANGELES CA 90013 |
| Agent for Service of Process: | PARACORP INCORPORATED |
| Agent Address: | 2804 GATEWAY OAKS DR #200 |
| Agent City, State, Zip: | SACRAMENTO CA 95833 |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search**   **New Search**   **Printer Friendly**   **Back to Search Results**

**Privacy Statement** | **Free Document Readers**
Copyright © 2016    California Secretary of State