**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERNDISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| UNCOMMON, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CASETAGRAM LIMITED d/b/a CASETIFY, <br><br> Defendant. | Case No. 1:16-cv-04691 <br><br> Jury Trial Demanded |

**NOTICE OF MOTION**

TO: All Attorneys of Record

     PLEASE TAKE NOTICE that on Thursday, June 30, 2016 at 1:45 p.m., or as soon thereafter as counsel may be heard, counsel for Defendant Casetagram Limited d/b/a Casetify ("Casetify") shall appear before the Honorable Sara L. Ellis, or any judge sitting in her stead, in Courtroom 1403 at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, for the presentment of Casetify's Motion To Dismiss For Insufficient Service Of Process Pursuant To Fed. R. Civ. Proc. 12(b)(5.

Dated: June 23, 2016

                                                                             Respectfully submitted,

                                                                             CASETAGRAM LIMITED d/b/a CASETIFY

                                                                             By:  /s/ Robert D. Leighton
                                                                                  One of Its Attorneys

                                                                    Stephen C. Steinberg  (*Pro hac vice* pending)
                                                                  V<small>ASQUEZ</small> B<small>ENISEK</small> & L<small>INDGREN</small> LLP
                                                                  3685 Mt. Diablo Blvd., Ste. 300
                                                                  Lafayette, CA  94549
                                                                  925-627-4250
                                                                  ssteinberg@vbllaw.com

                                                                  Robert D. Leighton
                                                                  G<small>OLDBERG</small> K<small>OHN</small>, L<small>TD</small>.

-2-

        55 East Monroe, Suite 3300
        Chicago, Illinois 60603
        312-201-4000
        Robert.Leighton@goldbergkohn.com