IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Uncommon, LLC , Plaintiff(s), v. Casetagram Limited, Defendant(s). | Case No. 16-cv-4691 Judge Sara L. Ellis |

## ORDER

Motion by Stephen C. Steinberg for leave to appear pro hac vice [18] is granted.

Date: 6/30/2016

/s/ Sara L. Ellis
U.S.District Court Judge